IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | Court No. CCB-98-1187 |
| NICHOLAS M. THOMAS, | : | |
| a/k/a Nicholas Thomas, Sr. | | |
| a/k/a Nicholas M. Thomas, Sr., | : | |
| Defendant, | : | |
| Baltimore City Public School System, | : | |
| 200 East North Avenue | | |
| Baltimore, MD 21202, | : | |
| Garnishee. | : | |

Clerk:

Plaintiff, United States of America, hereby withdraws its request for a Writ of Continuing

Garnishment of Wages and for cause states:

The judgment in the above-entitled action, to include principal, interest and costs is now

paid, settled and satisfied.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____

Thomas F. Corcoran
Assistant U.S. Attorney
36 S. Charles Street
4th Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 24894