CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFY that on the 31st day of March, 2006, a copy of the foregoing was mailed to:

Baltimore City Public School System
200 East North Avenue
Baltimore, MD. 21202

    Garnishee

Thomas F. Corcoran
Assistant U.S. Attorney