IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,

    Plaintiff,

    v.                                    Civil No. CCB-98-1187

NICHOLAS M. THOMAS,
a/k/a Nicholas Thomas, Sr.
a/k/a Nicholas M. Thomas, Sr.,

    Defendant.

.ooOoo.

## ORDER OF SATISFACTION

Mr. Clerk:

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by an Abstract of Judgment recorded on 8/26/98, Receipt # 2377, Case # BCETA2 P87, Block# 2483 with the Circuit Court for Baltimore City.

    Respectfully submitted,

    Rod J. Rosenstein
    United States Attorney

By: Thomas F Corcoran
    Assistant United States Attorney
    36 S. Charles Street
    4th Floor
    Baltimore, Maryland 21201
    410/209-4800
    (Trial Bar No. 24894)

## CERTIFICATE OF SERVICE

IT IS HEREBY Certify that on this ___31st___ day of ___March___ 2006, a copy of the foregoing Order of Satisfaction was mailed to

Nicholas M. Thomas
1603 E 32nd St.
Baltimore, MD 21218

*[signature]*
Thomas F. Corcoran
Assistant U.S. Attorney